UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-61805-ALTMAN/Hunt

**CATHERINE MIGLIANO**,
*on behalf of herself and other*
*similarly situated individuals*,

   *Plaintiff*,

v.

**PARLER INC.**,

   *Defendant*.
_____ /

## ORDER OF DISMISSAL

The Plaintiff filed a Notice of Voluntary Dismissal [ECF No. 59] pursuant to Fed. R. Civ. P 41(a)(1)(A)(i). Being fully advised, the Court hereby **ORDERS** that this action is **DISMISSED with prejudice**. Each party shall bear its own attorneys' fees and costs. This case shall remain **CLOSED**. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on April 10, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record